**No. 41621.**—Protest 279189–G of Saks & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel photo frames, atomizers, boxes, caskets, and corks chiefly used in the household for utilitarian purposes were held dutiable as household utensils at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (T. D. 49373), and *Woolworth* v. *United States* (T. D. 47857) cited. Toilet sets similar to those the subject of Abstract 8950 were held separately dutiable as brushes at 45 percent under paragraph 1407 and mirrors at 50 percent under paragraph 230.

**No. 41622.**—Protests 936961–G, etc., of Phelps Dodge Corp. et al. (Nogales, etc.).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

JUNE 7, 1939

**No. 41623.**——Protest 981416–G of Mitsui & Co., Ltd. Abstract 41295. Application by plaintiff for rehearing granted.

BEFORE THE FIRST DIVISION, JUNE 13, 1939

**No. 41624.**—Protests 822822–G(A), etc., of K. Kaufman & Co. (New York).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise consists of clothes brushes similar to those passed upon in *United States* v. *Heinrich, Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent ad valorem under paragraph 1506 was therefore sustained.

**No. 41625.**—Protest 888846–G of I. L. Toledano Corporation (New York).

Opinion by McCLELLAND, P. J. Nothing was found in the official papers or the treaties referred to which would warrant disturbing the decision of the collector. The protest was therefore overruled. *Von Damm* v. *United States* (25 C. C. P. A. 97, T. D. 49094) cited.

**No. 41626.**—Protest 920791–G of General Concessions Corp. (Cleveland).

Opinion by McCLELLAND, P. J. Water flowers having no decorative or ornamental purpose and not suitable for use as artificial flowers, stipulated to be in chief value of paper, were held dutiable at 35 percent under paragraph 1413 as claimed. On the record presented the beads in question were held dutiable at 35 percent under paragraph 1503.